# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| APRIL WILLIAMS, individually and on behalf of all others similarly situated, | : | Case No. 21-5235 |
| Plaintiff, | : | **NOTICE OF REMOVAL** |
| vs. | : | |
| MIDLAND CREDIT MANAGEMENT, INC. and MIDLAND FUNDING, LLC | : | |
| Defendant. | : | |

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, Midland Credit Management, Inc. and Midland Funding, LLC ("Defendants"), by and through undersigned counsel, hereby remove to the United States District Court for the Eastern District of New York, the case styled as *April Williams v. Midland Credit Management*, *Inc. and Midland Funding, LLC*, bearing Index No. 610856/2021 (the "State Court Action"), originally filed in the Supreme Court of the State of New York, County of Nassau. As grounds for removal, Defendants state as follows:

## THE REMOVED CASE

1. Plaintiff, April Williams ("Plaintiff"), individually and on behalf of all others similarly situated, initiated the State Court Action by filing a Summons and Complaint ("Complaint") against Defendants on August 24, 2021.

2. The Complaint was purportedly served upon Defendants on August 31, 2021. Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served upon Defendants in the State Court Action are attached hereto as Exhibit 1.

3. In the Complaint, Plaintiff alleges that Defendants are debt collectors and that they are liable under the Fair Debt Collection Practices Act 15 U.S.C § 1692 *et seq.* (the "FDCPA"), for allegedly communicating a debt that Plaintiff allegedly does not owe, in the amount of $1,714.00, and for disclosing the debt to a third-party vendor, without Plaintiff's prior consent.

4. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the subject action since there is a federal question. As alleged, Plaintiff's claims arise under the FDCPA, which constitute federal questions.

5. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), because it is filed within thirty (30) days after the filing and service of the Complaint in the State Court Action.

6. This Court is the United States District Court for the district within which the State Court Action is pending. Therefore, the State Court Action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a copy of this Notice of Removal and attached exhibits, is being filed with the Clerk of the Supreme Court of New York, County of Nassau, and served on Plaintiff. A copy of the Notice of Filing of Notice of Removal is attached hereto as <u>Exhibit 2</u>.

8. In filing this Notice of Removal, Defendants reserve any and all defenses, objections, and exceptions, including without limitation those relating to jurisdiction, venue, and statutes of limitation.

WHEREFORE, Defendants hereby remove the State Court Action to the United States District Court for the Eastern District of New York.

Respectfully submitted,

**BLANK ROME LLP**

Dated: September 20, 2021

By: */s/ Alina Levi*
Alina Levi, Esq.
Diana M. Eng, Esq.
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
T: (212) 885-5195
F: (917) 332-3810
Email: alevi@BlankRome.com
*Counsel for Defendants Midland Credit Management, Inc. and Midland Funding, LLC*

## CERTIFICATE OF SERVICE

I, Alina Levi, hereby certify that on this 20th day of September 2021, a true and correct copy of the foregoing document was served upon the following individuals via electronic and regular mail.

>David M. Barshay, Esq.
>Barshay, Rizzo & Lopez, PLLC
>445 Broadhollow Road, Suite CL18
>Melville, NY 11747
>*Attorneys for Plaintiff*

>*/s/ Alina Levi*
>Alina Levi