**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

April Williams,

Plaintiff(s),

v.

Midland Credit Management, Inc. and Midland Funding, LLC

Defendant(s).

Case No: 2:21-cv-05235

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) Midland Credit Management, Inc. and Midland Funding, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

By: s/ *David M. Barshay*
David M. Barshay, Esquire
Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Email: dbarshay@brlfirm.com
Our File No.: BRL21335
*Attorneys for Plaintiff*

Dated: October 27, 2021

By: s/ *Alina Levi, Esq.*
Alina Levi, Esquire
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 885-5195
Email: alina.levi@blankrome.com
*Attorneys for Defendants*

Dated: October 27, 2021

**SO ORDERED.**

s/WFK

Dated: November 1, 2021
        Brooklyn, NY

_____
HON. WILLIAM F. KUNTZ, II
U.S. DISTRICT JUDGE